**Opinion issued August 27, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-24-00503-CV**

————————————

**ONELIA MARIEL CARRETO VAZQUES, Appellant**

**V.**

**JULIO ALBERTO SERRANO LANDAVERDE, Appellee**

---

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Case No. 2024-05694**

---

**MEMORANDUM OPINION**

Appellant, Onelia Mariel Carreto Vazques, has filed a notice of appeal from the trial court's February 15, 2024 protective order. Appellant has neither established indigence for purposes of costs nor paid or made arrangements to pay the fee for the preparation of the clerk's record. *See* TEX. R. CIV. P. 145; TEX. R.

APP. P. 20.1(a), 37.3(b). On July 17, 2024, appellant was notified that this appeal was subject to dismissal if she did not submit written evidence that she had paid or made arrangements to pay the fee for the preparation of the clerk's record by August 16, 2024. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c). Appellant did not adequately respond.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.